Extention of late Civil Complaint

Henry Cox,
        Plaintiff

        v

Thee united States of
FBI
CIA
John Doe department
informants
Doces
u program
Actors (sports & movie)
(masons, Knights templars) Defendants

26 CV 0724

24mckv7
Standing order
WHB-9268


RECEIVED
JAN 28 2026
PRO SE OFFICE

plaintiff seek redress as to monies one owed
for misuse of plaintiff "will" "eye", and person
ae person and property. The plaintiff patent
was misused with violation of plaintiff "will"
and Constitutional right as the defendants acted
in violation together to steal plaintiff ideas.
The plaintiff never gave anyone the right to
Steal his things inside his "will" which one
Should have been usen befor anyone take
money out the treasury with this sign
is on with the u program and John Doe
department and we Still having a problem
with the money in the treasury to where
Someone owe the government or we misuse

government money so this kills the magna-
Carter..... (holy grail thing) The holy grail
has ties to the same "will" we speak of
now. There would have never been a problem
with taxes unless someone was stealing
from the "will" which is records in the
"eye" or "will" so if one was used plaintiff
"will" he would know as courts with this
equitment inside our government to
check on these things for the safty and
future of our people. The plaintiff seek
to recover monies from and patent the wnba
and movies that has ties to plaintiff as
well "will" "haunger games" and 1,000's of
other movies inside this "will" that we
have as government equitment to make sure
none of this happen. This includ movie
production companies and modleing companies
and ideas with clothinglines where all
parties weather in college or the modleing
industry all had knowledge at one time or
another that what they was doing or playing
was someone else ideas. like "starlight"
"permithus" all these things have something
to do with plaintiff files for "the Republic
for which we stand" the plaintiff seek to

recover name, patent, books, movies, sports, recover monies from all platforms for misuse of "wills" and patent without permission actress acting as actors worked with government departments inside this claim and illegal surveillance of plaintiff to hide they money or spend it to take away from plaintiff acting as informants and workers of the Uprogram and John Doe department who also are defendants inside this claim and also looked for a place to hide showing they knew better. This "eye" and "will" can see anyone and the monies they stole from plaintiff with the thought process on the screen with the "I.P." of the person doing so. The John Doe machine acts on this and the defendants try's to take the machines apart and use they next take apart of the "pen" to make people believe they holders of these files and plaintiff is lieng. Can't wait to prove my self in court. If one on that machine has the thought process to do bad it would show on a screen so all these people are in my files as to the above. Inside the uprogram and John Doe department.

The defendants also use interactive
computer programming to make it seem
like things was missing in suit to make
it seem like they was helping plaintiff
to keep illegal surveillance on plaintiff
person to keep spying to control claim
and act in good faith. They would use
This "will" to find they own Bloodline
To own and partake in these movies
and sports and government positions
to take advantage of plaintiff "will" and
"eye" and "files" to use as they own and
take form plaintiff illegaly with violation
of law and constitution they where sworn
to protect. they act as lawyers and judges
including the name "McMahan" who is
an informant and judge daughter as they
use the a program to induce the margaret
Law review to steal again form plaintiff
Files and misuse the name of college to
do so and government equipment with they
many penmake of "pens" and machines acting
in good faith to steal as john Does and
private use as to "protect" the very thing
"They" "supposly" went after in the law
review plaintiff seek to regain those
files and review and "will" and "files"

The plaintiff seek review as soon as fit due to defendants continue use of government equitment to effect claim and steal argument to try to jump in front plaintiff. The defendant lawyas and friends and family all a part of this action and plaintiff seek redress. usen the equitment to keep usen plaintiff name as if he is the one working for the government trying to keep planting his files or removing them as they keep watch of plaintiff and "rapper" formally known as "nas" has all this still playing in his "files" on a album cover from early 2000's with the defendants whole Life and birth. which they cant claim miuse because they acted in concert. And if plaintiff is stealing they files with dcess they claim to be they "will" and plaintiff in prison and defendant free because these action with no relief and inside prison illegaly and plaintiff this releif the defendants could have easty used this will to Block plaintiff.

News and media and claims to plaintiff 'will' 'eye' and person as person and property. They also use the u program and john Doe department to hold people files which gives right to Connecting to this equipment if a citizen is targeted by these john Does they would be notified with that citizen information and person as person and property the same way one would gain those files if a citizen was to target a john Doe. The defendants was involved in this access and violation that lead to the wrongful conviction of plaintiff which the defendants where and because the plaintiff continued to beat they hand they john Does hand who they protect in case sites and go after plaintiff to see if they can get people to destroy plaintiff name and person so they can use they john Doe's to keep going after plaintiff person with only a few eye's in faith and push for the truth. The plaintiffs use the Courts and media to further they gain and recess to plaintiff

Suit and claim to put allegedly as if Plaintiff is involved with they departments befor torture when no one is watching which you can gain a business from acting as a puppet on string, for those who take the charge where plaintiff must defend hem self with Law in the wheel that onlay do certain things, if one steals and use the government to hide. ie John Doe departments and 4 program tied to the John Doe department where they remade The "pen" and "machines" to violate plaintiff right to person as person and property in result of loss of monres and files and Freedom claiming counter-intel. or joke which plaintiff claims is not either of those things. They continue to put Docis workers who act in concert with the defendants to "pen" plaintiff as an informant and they informants as "eye" to further they gain and access to plaintiff files and stole plaintiff ideas and monres with government equitment sworn to protect.

Again, thank you to the courts for your understanding of the matter and plaintiff again under extreme conditions ask the courts to forward records to those parties as defendants. (1896) *your* 97 A.D. 545, 90 NYS 292 proof the defendants (teckemeyer v. Supreme Council Royal Templars of temperance) had plaintiff files then. Name and files, 97 A.D. 545 Dexter v. Supreme Council of Royal Templars of temperance (1904) *two* "Hennessey" *(mean) (I see)* V. Knights of Columbus (1933) 239 A.D. 409

On the 31st day of october (1882) this corproation duly made, issued and delivered to martha Copeland. As a member which I will address some moments later. "Sons" of temperance many Sons cluuts where they mock the plaintiff January 1852. The acts of (1849) (1851) allowing actions to be brought in officers of Joint Stock Companies. These Companies also leads to plaintiff for use of files and misuse. In violation of person. A grant of land was made in (1789) to the trustee of an evangelical Lutheran Congregation. The land in Question is treshry the knight templars & churches acting in concert land and person as persona propertly

Along with the use of names that can be chalked up to here say we have a "eye" or "will" tied to the knight templars and knight temprances we use in the government to see the pass and future with access to protect others and our files the here in and future and took advantage of this time to defile plaintiff to the max and remake video to abuse the equitment built to protect and this action showed this equitment dodnt belong to them and the estates they claim rights to and "names" and "coil(s" all belong to plaintiff not just by right (birthright) But reason and law. If any of us wish to see a safer future we must act and all the reasons are there to review.

prior to 1800, with other donations, a house of worship was erected by each church, and other temporalities was acquired. Each church became incorporated under the general statute. At the time of these endowments, their standard of faith and doctrine was the Augsburgh Confession of faith. In 1830 they became a #460 part of

Hartwick synod of the Evangelical Lutheran Church. In 1837 the trustees of the two churches, in connection with the pastor and the church Councils, dissolved their Connection with the Hartwick Synod and united with other churches in forming a new synod which adopted a declaration of faith, essentially variant in three principal and "Cardinal" doctrines, from the Augsburgh confession. Held, that these proceedings of the trustees were a pererversion of their trust, and an unlawful diversion of the "property" of the "church" (as person as property) from the objects and purpose for which it was originally contributed. These words knew both parties was aware of they actions and contenued to steal from plaintiff in search of another land mark ie masons and symbols, Knight templars and Churches search for the "Cap" or "holy grail" which they know they dont own but continue to use plaintiff files as if they do. or to act as if they own right to land or name or person like vatican. where paintings gave way to people thinking

They was plaintiff kin. (Or if he's vetted a kin which plaintiff calls all the people who suffered with him his Kin. These words was used way befor they was intended to and showed even without the plaintiff the wheel would have still found the plaintiff one way or another and the years of suffering would be a part of plaintiff suffering for all that could have gone wrong with all the people (For the people and by the people) to the point no one a kin or not of the defendants would disregaurd they own bloodline with disregaurd after violation of something this big with all the moves and energy built could have made all those parties important people. The history of the churches are shady. The accepting of money for help in political gain took away from its thoughts. All this in mind with a "eye" at the head of the church and still cant grab the "holy grail" right in they face. All the stages they built

to duck prison out and every self son.
telling on fhey self with every record.
This date will be (Jan. 9, 1925) woman
masons who needed ties to my grandmother
and access to our bloodline which fhey
later chalk up that she was a part
and the ex-out because her dues and
lawyers who was crooked and acting
in favor of the defendants as if
the money my Great Grandmother
left ms. lee my Grand mother wasn't
a responsible person when she let her
only child out the house 16 17 years
old with trust she will get it done.
AS if stand plaintiff could use this
machine patent that was took from
plaintiff and I can show you how they
hit screens and hunted my bloodline
to act as if they no longer here and
fake money and files. In one story after
the h program I was a hologram. . . .
A pen will show you all you need to
know fhat's not a clicker collecting
files the John Doe way. need straight
hands and the defendants all have

John Doe machines and piers and left the real "eye" "holy grail" on the government program the u program and John Doe departments they cant seem to get to but the chiefs can with assistance. This order playing with my grandmother name is eastern star. They would have son s they have in they order try to get to my mom in form of disrespect But some had no idea what the whole objective was. to disregaurd and defile plaintiff as to defile his bloodline and steal his files. having "property" and place of business that also came from plaintiff show they knew better. Names like McMillian, williams, porters all connected to the FBI, CIA, Police departments, John Doe department and informants to try to connect plaintiff to such so he would look like they bloodlines in hope this would gain some sort of pay day.

These are masonic Hones. Prince Hall
Grand Lodge F. & A.M. of new york v.
supreme council of u.s. of "Sovereign" Grand
inspectors General of 33rd and last Degree
A & A Scottish rite which is crazy as
Sovereign is impossible as they merge they
person as person and property to Government
in form of person and business. (1962)
32 misc ~~2d. 390 221 NYS~~ 841. The masonic
fraternity is a voluntary organization. It has a
Constitution and code procedure designed for its
government. this act constitut ya'll being
snitches, And further note the action
that take part in life in the united
states of america .... (a daughter in ncy
(Files)) and make ya'll self's rapist and
gay in the same sense "since'sense
in common and you been hustlen cents
sense. I know what up against us as men
must decide whats most important "4
words in music rapper Jay-z shawn carter
stole from Henry cox the plaintiff.
magna carter ...... "Holy grail", usen
the a program where defendants act in
concert misusen the departments to set

people with cases and rape woman with a "eye" in a claim that it wasn't rape as they sit on a consol that have access to "eyes" and files so they knew better. This disregard shows disregard to Henry Samar Cox "estate" and violation of squatter rights and person as person and property. 1962, 1925 show that all parties knew and can trace they bloodline through this action in act to defile plaintiff and steal and misuse files. The ship and or vessel named Queen Elizabeth (1903) shall take us to our point of view as to the matters of the Royal Family who lay across the waters of this complaint in infringment of plaintiff right as person and property.

And also the 64 A.D. 3S 187 in re Attorneys in violation of Judiciary Laws Section 468-a NOT to waiver in reame all those attached to defendant list under 28 USCA § 1332 the plaintiff is entitled too challenge the Kingdom of Britian for monies owed to. The items and symbols used by Kingdom show connections to Knight

order. The United Kingdom and british virgin
Islands Territories which are properties that
belong to plaintiff as right. These properties
was stolen with plaintiff files which
Defendants knew of and violated the
space of one and private files outside
records ment for keep and used offices
to plant disinformation with offices
inside this complaint as defendants.
The plaintiff seek scans to show all
the defendants usen plaintiff files
that will date back to the old Republic
and gaza strip where plaintiff files was
being used and violated as person and
property to steal plaintiff person and
monies and files to claim rights to
the bloodline formally Known as the
"Holy grail" usen the John Doe department
to plant defilements on plaintiff and
switch files from that department in
from of share files with claims they
where trying to protect a bloodline
or files of John Does. The plaintiff

suffered greatly as they held a water
party to defile plaintiff by pissing and
spitting on plaintiff in scans and defiling
his body with the intent to make it look
like other people to switch the track
of plaintiff by usen the John doe
department and the way they collect
files to redo pens and boxs to stick
cards backdoor on plaintiff which
people who was involved with the
switching of these pens and Boxs
and ways they switched it "arll" be
able to show the planting of paperwork
case sides and files to defile
plaintiff being and person as person
and property. One being his hog
artist formally known as "nas"
who have these files. (ford(s)
on a album cover. In this violation the
FBI, CIA, milo all go through files illegally,
and turn on the files knowing they are
torturing plaintiff and conspired to violate
ans laugh stating we didn't get paid steal his money.

<u>Extention of the Civil Complaint</u>

Henry Lex,
        plaintiff,

        v                                    25-CV-10661 CLTS

The united states of
FBI
CIA
MI6
KGB
African Secrete Service
(John Doe departant (informants),
DT..AL)                        defendant.

    Plaintiff moves to extent law on frame work
tieing the eye to other governments who misuse
the "Eye" or "will" without permission to
take plaintiff "will" and person as person and
property. the plaintiff moves to extend on
the 14th day of January 2026.

Frame work
A look at egyptian Book of the Dead

the plaintiff move to extend with further
information on the frame work done to
Plaintiff on the use of the plaintiff's "eye"
"will" and files by the defendants then they
Bloodlines through this very machines All
the way back to egypt where the frame work
and lessons on Breaking down the Boys or
pen to play cards and switch plaintiff files
to those of they bloodline starting with the
mark on the Left side of the mark under
The left side of the eye. It was a copy of
the mark under the left eye to deface
Plaintiff and make it seem as if it was
Someone else in they bloodline who held
the rights to "will" and patent to take
plaintiff files and use them for self in
They personal gain. The defendants will
teach each other how to Break down the
Box where they chop off doors put the
Front to the back so the back to ford
Which gave both sides a look if you knew
Better and if not they had to operate
Like this for every step of the fake

This egyptian Book of the Dead _eye_ that belonge to "Amen Ra" looked red because He was on interactive computer programming and Rome, Croatia, the republic for which it stands all defile plaintiff files to call it they own. On the casket of King fut who was one of the bloodlines that they say was tied to this the front has Black shadows on the side of the eye to show the side of the eye was a fake put there by John Does or death. They knew they was trying to steal the real one plaintiff Henry Cox files who they deface in SS#, name, and tried to mess with his Birthdate everywhere he go as it all had a tie to "Sun charts" "moon chart" and astrology. The Back of the dollar Bill will show a eye from this very pyramid and every action used by the back of that Bill was used in the united states of to steal plaintiff files and misuse his "will" and "eye". The offices in suit worked together to find

Others who ask this eye to steal from plaintiff with pressure to play cards for FBI, CIA, MI6, KGB, African secret service department (see un floor), China secret government (see un floor) all who claim right in search of others who have or burned the files and "eye" so they can claim rights "Knight templars" and "Knight temprances" this action would go back to pirates who found ships usen this very eye and knowledge they stole from plaintiff as well. These indivisals would become the department that are named in scut with a "hen house" in every department to hold them selfs to they oath to return Henry Jamar Cox treasury and not steal with knowledge of the will when one do right the will act in favor "you reap what you sow" from the bible text which is also geared forward Henry Jamar Cox, Mary ann Richardson, ms. Lee, and michelle Richardson. These acts would lead to threats and violation of space with acts of rape that leads plaintiff to defend himself in accordance with law.

The plaintiff ask for redress as all this is public record with the use of the John Doe pen, machine at the for front of they argument in quest of Claim of plaintiff person and person as property. This all stems from claim of the "Holy grail" which plaintiff is intitled to as right with court permission to seek in form of (F.O.I.L) The courts will find that all involued used a John Doe machine and pen a form of showing and collecting files which is why one have a problem going through say Epstein files. This process lead to moment of the files where they show different files if one chose to claim "security matters" othey can remove files so all this files operate on a open window which some of these files are already set in the pen and Box which they gaurd every day something new come accross screen which it always do Because files dont stop. They keep going Because the world never ends. This information with access to forseeable

events lead to specific (type of evidence)
where plaintiff music thumb his nose
at the thought process that he wasn't
scard of that at all. He was ready for
whatever to gain his person as person and
property back and on top of all the defilement
they put on plaintiff to deface him and
defile him. The plaintiff seek redress and
bend at the mercy of the courts. To also
have knowledge the plaintiff was able to find
on the face of these accounts CBS which
uses this "eye" as well with media to deface
plaintiff and misuse his files and "will"
and person as person and property. Keeping
in mind alot of these people are dead and
operate through a "will" gear to address all
in a interactive computer programming John
Doe machine and use scans as well to make
it seem as if they still are alive to
pass they fortune to whoever which only
pass deaths this work in degrees as well
So An inspection is need with this information
in mind. They know the knowledge of eating
or drinking from the cup. Stealing isn't
Certain death But if one fixes himself to
These departments there is death at the
face of it.

Henry Cox 08R1446
Auburn Correctional Facility
P.O. Box 618
AUBURN, NEW YORK 13024

E BLOCK

RECEIVED
JAN 28 2026
PRO SE OFFICE

Clerk of Court
United States district court
Southern district of New York
U.S. Courthouse - 500 pearl street
New York. N.Y. 10007

RECEIVED
JAN 28 2026
CLERK'S OFFICE
S.D.N.Y.



US POSTAGE

Henry Cox

08B1418

E BLOCK