UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HENRY COX,

                    Plaintiff,

        -against-

UNITED STATES OF FBI, ET AL.,

                 Defendants.

26-cv-0724 (LTS)

CIVIL JUDGMENT

For the reasons stated in the April 13, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   April 15, 2026
          New York, New York

/s/ Laura Taylor Swain
         LAURA TAYLOR SWAIN
      Chief United States District Judge